THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Dwight Gaynor
 Andrews, Appellant.
 
 
 

Appeal From Richland County
G. Thomas Cooper, Circuit Court Judge

Unpublished Opinion No. 2009-UP-111
 Submitted March 2, 2009  Filed March 3,
2009

AFFIRMED

 
 
 
 Appellate Defender Elizabeth A. Franklin, of Columbia, for
 Appellant.
 Assistant Chief Legal Counsel J. Benjamin Aplin, of Columbia, for Respondent.
 
 
 

PER CURIAM:  Dwight Gaynor Andrews appeals the
 revocation of his probation, arguing the trial court erred in not making a
 finding on the record that the State presented sufficient evidence showing he
 violated the terms of his probation.  We affirm[1] pursuant to Rule 220(b), SCACR, and the following authority: State v. Lee, 350 S.C. 125, 130, 564 S.E.2d 372, 375 (Ct. App. 2002)
 (stating an issue must be raised to and ruled upon by the trial court in order
 to be preserved for review). 
AFFIRMED.
HUFF,
WILLIAMS, and KONDUROS, JJ., concur.  

[1] We decide this case without oral argument pursuant to
Rule 215, SCACR.